Paul P. Terry Jr., SBN 7192
Aaron Yen, SBN 11744
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
pterry@angius-terry.com
ayen@angius-terry.com

Attorneys for Defendants
*ATC ASSESSMENT COLLECTION GROUP, LLC*
*THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; HEATHER A. REINHARD, an Individual; JASON C. REINHARD, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants, | Case No. 2:14-cv-02080-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

IT IS HEREBY STIPULATED between, Defendants ATC ASSESSMENT COLLECTION GROUP, LLC (hereunder referred to as "ATC"), and THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION (hereunder referred to as

1

1  "Association"), by and through their counsel, ANGIUS & TERRY LLP, Defendant SFR
2  INVESTMENTS POOL I, LLC, by and through its counsel, Jacqueline A. Gilbert, Esq. of
3  Howard Kim & Associates, and Plaintiff JPMORGAN CHASE BANK, N.A., by and through
4  its counsel Chelsea A. Crowton, Esq. of Wright, Finlay & Zak, LLP to extend the response
5  deadline for Defendants ATC and Association to file the Reply to JPMorgan Chase Bank's
6  Opposition to ATC and the Preserves' Joinder to SFR's Motion to Dismiss or in the
7  Alternative, Motion for Summary Judgment; Counter Motion for Summary Judgment until
8  April 25, 2015.

9  This is the parties' first request to extend time and this request is not made to cause
10 delay or prejudice to any party.

11 Dated this 14th day of April, 2015                Dated this 16th day of April, 2015

12 ANGIUS & TERRY LLP                                WRIGHT, FINLAY & ZAK, LLP
13

14                                                  /s/ Chelsea A. Crowton
   By:    /s/Aaron Yen                              By: _____
15 Paul P. Terry, Jr., SBN 7192                     Chelsea A. Crowton, Esq.
   Aaron Yen, Esq., SBN 11744                       NV Bar No: 11547
16 ANGIUS & TERRY LLP                               7785 W Sahara Ave, Ste. 200
17 1120 N. Town Center Drive, Suite 260             Las Vegas, NV 89117
   Las Vegas, NV 89144                              *Attorneys for Plaintiff*
18 *Attorneys for Defendants ATC ASSESSMENT
   COLLECTION GROUP, LLC &*
19 *THE PRESERVES AT ELKHORN SPRINGS*
20 *HOMEOWNERS ASSOCIATION*

21

22 Dated: this 16th day of April, 2015

23 Howard Kim & Associates

24        /s/ Jacqueline A. Gilbert
   By: _____
25 Jacqueline A. Gilbert, Esq.
26 NV Bar No: 10593
   1105 Whitney Ranch Dr. Suite 110
27 Henderson, NV 89014
28 *Attorneys for Defendant SFR*

## ORDER

Pursuant to the above stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT** the response deadline for Defendants ATC and Association to file the Reply to JPMorgan Chase Bank's Opposition to ATC and the Preserves' Joinder to SFR's Motion to Dismiss or in the Alternative, Motion for Summary Judgment; Counter Motion for Summary Judgment is **EXTENDED** until April 25, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of April, 2015.