WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff, JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a New York Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; HEATHER A. REINHARD, an Individual; JASON C. REINHARD, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.:   2:14-cv-02080-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE DATE TO RESPOND**<br><br>**FIRST REQUEST** |

IT IS HEREBY STIPULATED between Plaintiff, JPMorgan Chase Bank, N.A., by and through its attorney of record, Chelsea A. Crowton, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant, SFR Investments Pool I, LLC, by and through its attorney of record, Diana S. Cline, Esq., of the law firm Howard Kim & Associates, to extend the deadline for Plaintiff, JPMorgan Chase Bank, N.A., to file their Reply in Support of Countermotion for Summary Judgment, and in the Alternative, Motion for Continuance to May 11, 2015.

This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of May, 2015.                    DATED this 1st day of May, 2015.

WRIGHT, FINLAY & ZAK, LLP                           HOWARD KIM & ASSOCIATES

 /s/ Chelsea A. Crowton, Esq.                        /s/ Diana S. Cline, Esq.
Chelsea A. Crowton, Esq.                            Diana S. Cline, Esq.
Nevada Bar No. 11547                                Nevada Bar No. 10580
7785 W. Sahara Avenue, Ste. 200                     1055 Whitney Ranch Drive, Suite 110
Las Vegas, Nevada 89117                             Henderson, Nevada  89014
*Attorney for Defendant, SFR Investments*           *Attorney for Defendant, SFR Investments*
*Pool I, LLC*                                       *Pool I, LLC*

## **ORDER**

Pursuant to the above-stated stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff, JPMorgan Chase Bank, N.A., file their Reply in Support of Countermotion for Summary Judgment, and in the Alternative, Motion for Continuance to May 11, 2015.

DATED this 4th day of May, 2015.

_____
RICHARD F. BOULAWRE, II
United States District Judge