Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hkimlaw.com
Diana S. Cline, Esq.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
Howard Kim & Associates
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a New York Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; HEATHER A. REINHARD, an individual; JASON C. REINHARD, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-02080-RFB-GWF |

Plaintiff, JPMorgan Chase Bank, N.A., and Defendant, SFR Investments Pool 1, LLC by and through their respective counsel of record, hereby stipulate and agree as follows:

///

///

///

///

///

///

///

- 1 -

IT IS STIPULATED AND AGREED that the deadline to file dispositive motions shall be extended to December 14, 2015.

DATED this 2nd day of October, 2015.   DATED this 2nd day of October, 2015.

HOWARD KIM & ASSOCIATES   WRIGHT, FINLAY & ZAK, LLP

*/s/Karen L. Hanks*_____   */s/ Chelsea A. Crowton*_____
Karen L. Hanks, Esq.   Chelsea A. Crowton, Esq.
Nevada Bar No. 9578   Nevada Bar No. 11547
1055 Whitney Ranch Drive, Suite 110   7785 W. Sahara Ave., Ste 200
Henderson, NV 89014   Las Vegas, Nevada 89117
*Attorney for SFR Investments Pool 1, LLC*   *Attorney for JPMorgan Chase Bank, N.A.*

## ORDER

IT IS SO ORDERED.

DATED this 6th day of ____October____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -