Paul P. Terry Jr., SBN 7192
Michael McKelleb, SBN 12040
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
pterry@angius-terry.com
mmckelleb@angius-terry.com

Attorneys for Defendants
*ATC ASSESSMENT COLLECTION GROUP, LLC*
*THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; HEATHER A. REINHARD, an Individual; JASON C. REINHARD, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants, | Case No. 2:14-cv-02080-RFB-GWF<br><br>**STIPULATION AND ORDER CONTINUE MOTIONS HEARING** |

    IT IS HEREBY STIPULATED between, Defendants ATC ASSESSMENT COLLECTION GROUP, LLC (hereunder referred to as "ATC"), and THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION (hereunder referred to as

"Association"), by and through their counsel, ANGIUS & TERRY LLP, Defendant SFR INVESTMENTS POOL I, LLC, by and through its counsel, Jackie Gilbert, Esq. of KIM GILBERT EBRON, and Plaintiff JPMORGAN CHASE BANK, N.A., by and through its counsel Chelsea A. Crowton, Esq. of Wright, Finlay & Zak, LLP to continue the Motion hearing to Dismiss, or in the Alternative Motion for Summary Judgment, Motion to Expunge Lis Pendes, Counter Motions for Summary Judgment and Second Motion for Summary Judgment on all Claims and against all Defendants set for Today February 10, 2016 at 11:30 am and have it heard on Monday February 22, 2016 at 9:00 am.

This is the parties' first request to Continue Motion Hearing and this request is not made to cause delay or prejudice to any party.

| Dated this 10th day of February, 2016 | Dated this 10th day of February, 2016 |
|---|---|
| ANGIUS & TERRY LLP | WRIGHT, FINLAY & ZAK, LLP |
| By:  /s/Michael McKelleb  | By:  /s/ Chelsea A. Crowton  |
| Paul P. Terry, Jr., SBN 7192 | Chelsea A. Crowton, Esq. |
| Michael McKelleb, Esq., SBN 12040 | NV Bar No: 11547 |
| ANGIUS & TERRY LLP | 7785 W Sahara Ave, Ste. 200 |
| 1120 N. Town Center Drive, Suite 260 | Las Vegas, NV 89117 |
| Las Vegas, NV 89144 | *Attorneys for Plaintiff* |
| *Attorneys for Defendants ATC ASSESSMENT COLLECTION GROUP, LLC & THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION* | |

Dated: this 10th day of February, 2016

KIM GILBERT EBRON

By:   /s/ Jacqueline A. Gilbert  
Jacqueline A. Gilbert, Esq.
NV Bar No: 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant SFR*

## **ORDER**

Pursuant to the above stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT** the Motion hearing on [18] Motion to Dismiss, or in the Alternative Motion for Summary Judgment, [19] Motion to Expunge Lis Pendes, [38] & [39] Counter Motions for Summary Judgment and [69] Second Motion for Summary Judgment on all Claims and against all Defendants is **CONTINUED** until **February 22, 2016 at 9:30 a.m**.

Dated: **February 10, 2016**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

3