1  Troy Dickerson SBN 9381
   Michael W. McKelleb SBN 12040
2  **ANGIUS & TERRY LLP**
   1120 N. Town Center Drive, Suite 260
3  Las Vegas, NV 89144
   Telephone: (702) 990-2017
4  Facsimile: (702) 990-2018
5  bepstein@angius-terry.com
   mmckelleb@angius-terry.com
6
7  Attorneys for Defendants
   *ATC ASSESSMENT COLLECTION GROUP, LLC*
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a New York Corporation, | Case No. 2:14-cv-02080-RFB-GWF |
| Plaintiff, | |
| v. | |
| SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; HEATHER A. REINHARD, an Individual; JASON C. REINHARD, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants, | |

## SUBSTITUTION OF ATTORNEY

1

## SUBSTITUTION OF ATTORNEY

Please take notice that the law firm of Angius & Terry LLP, hereby consents to the substitution of Chris Yergensen, Esq., as the attorney of record for ATC Assessment Collection Group, LLC, in its place and stead in the above-entitled matter.

Dated this 2 day of Sept., 2016

_____
Michael W. McKelleb, Esq.
SBN: 12040
Angius & Terry LLP
1120 N. Town Center Dr., #260
Las Vegas, NV 89144

Chris Yergensen, Esq., hereby accepts the above and foregoing substitution as counsel of record in the above-entitled matter in the place and stead of Angius & Terry LLP.

Dated this 2 day of Sept., 2016.

_____
Chris Yergensen, Esq.
6224 W. Desert Inn Rd.
Las Vegas, NV 89146
(P) 702-804-8885 / (F) 702-804-8887

Defendant ATC Assessment Collection Group, LLC hereby consents to the substitution of Chris Yergensen, Esq., as counsel of record for ATC Assessment Collection Group, LLC in the above-entitled matter in the place and stead of Angius & Terry LLP.

Dated this 2 day of Sept, 2016.

ATC Assessment Collection Group, LLC

By: _____

Its: _____

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
September 7, 2016

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017