KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a New York Corporation,<br>                    Plaintiff,<br>vs.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE PRESERVES AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a California Limited Liability Company; HEATHER A. REINHARD, an individual; JASON C. REINHARD, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br>                    Defendants. | Case No. 2:14-cv-02080-RFB-GWF |

Plaintiff, JPMorgan Chase Bank, N.A., (the "Bank") and Defendant, SFR Investments Pool 1, LLC ("SFR") by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    This lawsuit is one of many involving the effect of a non-judicial foreclosure sale conducted by a homeowners association pursuant to NRS 116.3116 et seq.

2.    On July 28, 2016, this Court entered an order granting SFR's Motion for Summary Judgment and denying the Bank's Counter-Motions for Summary Judgment.

3.    On August 12, 2016, the Ninth Circuit issued a decision in *Bourne Valley Court Trust v. Wells Fargo Bank*, 2016 WL 4254983 (9th Cir. Aug. 12, 2016) holding that NRS 116 is

facially unconstitutional.  A petition for rehearing was filed by the petitioner in *Bourne Valley* on August 26, 2016.

4. On August 25, 2016, the Bank filed a Motion for Reconsideration under *Bourne Valley*. SFR's response to the Motion for Reconsideration is due on September 12, 2016.

5. The Parties agree to stay this matter pending resolution of *Bourne Valley*.

6. Should this court not ratify this stipulation, the parties agree that SFR shall have 7 (seven) days from the date of entry of any order denying this stipulation to file a response to the Motion for Reconsideration.

IT IS STIPULATED AND AGREED that the case is stayed pending resolution of *Bourne Valley*.

DATED this 12th day of September, 2016.                DATED this 12th day of September, 2016.

KIM GILBERT EBRON                                                     WRIGHT, FINLAY & ZAK, LLP

*/s/Jacqueline Gilbert*                                                     */s/ Chelsea A. Crowton*
JACQUELINE A. GILBERT, ESQ.                                  Chelsea A. Crowton, Esq.
Nevada Bar No. 10593                                                  Nevada Bar No. 11547
107625 Dean Martin Drive, Suite 110                         7785 W. Sahara Ave., Ste 200
Las Vegas, Nevada 89139                                            Las Vegas, Nevada 89117
*Attorney for SFR Investments Pool 1, LLC*              *Attorney for JPMorgan Chase Bank, N.A.*

## ORDER

IT IS SO ORDERED.

DATED this 13th day of September, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE